UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GLOD SEAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 1:14-cv-01552-MHH-SGC |
| ) | |
| SCOTT HASSELL, et al., ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION**

This action is before the Court on the respondents' November 7, 2014 motion to dismiss. (Doc. 3). In that motion, the respondents contend that the Court should dismiss Mr. Sean's § 2241 habeas petition because United States Immigration and Customs Enforcement released him from custody on November 3, 2014 pursuant to an order of supervision. (*Id.*).

On August 8, 2014, Mr. Sean filed a petition for a writ of habeas corpus seeking his release from custody pending his removal to Trinidad and Tobago. (Doc. 1). Because Mr. Sean has been released on an order of supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once habeas petitioner is released from custody, he must demonstrate collateral

1

consequences to avoid mootness doctrine). Accordingly, this matter should be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011). A separate order will be entered.

The Clerk is directed to please mail a copy of this opinion to Mr. Sean at the following address: Sean Glod, 1 Emilia Woods Ct, Rosedale, MD 21206.

**DONE** and **ORDERED** this November 13, 2014.

_/s/ Madeline H. Haikala_
MADELINE HUGHES HAIKALA
UNITED STATES DISTRICT JUDGE